AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

GENERADORES MEXICANOS,
S.A. DE C.V., a Mexician corporation,

   Plaintiff,

 V.

HESS MICROGEN, LLC, a Delaware
limited liability company, and HESS
CORPORATION, a Delaware corporation,

   Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:07-CV-079-ECR-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that, pursuant to the parties' Settlement and Compromise Agreement and the Addendum thereto, this action is **DISMISSED** with prejudice, but the Court shall retain jurisdiction to enforce parties' Settlement Agreement.

September 3, 2009             **LANCE S. WILSON**
                     Clerk

                    /s/ Marti Campbell
                    Deputy Clerk